1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

LEWIS S. SPELLMAN, JR.,

11                              Plaintiff,

12            v.

13    JO ANNE B. BARNHART, Commissioner of
      Social Security Administration,

14

15                              Defendant.

CASE NO.      C04-5231FDB

ORDER

16

17        The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J.

18    Kelley Arnold, United States Magistrate Judge, and objections to the report and recommendation, if any,

19    and the remaining record, does hereby find and ORDER:

20        (1)    The Court adopts the Report and Recommendation;

21        (2)    The administrative decision is AFFIRMED; and

22        (3)    The Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel

23               and Magistrate Judge J. Kelley Arnold.

24

25    DATED this 6th day of September 2005.

26

27    FRANKLIN D. BURGESS
      UNITED STATES DISTRICT JUDGE

28

ORDER
Page - 1